IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                           CRIMINAL NO:   3:04cr155-HTW-JCS

TIMOTHY KENNEDY MIMS                                                  DEFENDANT

## ORDER TO RELEASE FUNDS

THIS DAY THIS CAUSE came on to be heard on the motion of the Defendant, for the return of funds posted as bail in the above-numbered cause, and the Court having heard and considered the same, finds as follows:

1. That in the above-numbered cause, bond was set in the amount of $10,000.00/ten percent cash bond.

2. This bond was posted in the Jackson Division of the United States District Court for the Southern District of Mississippi by Ruby Mims and Rosie Mims, mother and sister, respectively, of Timothy Kennedy Mims, paying $1,000.00 into the registry of the Court Clerk.  Ruby Mims paid $100.00 and Rosie Mims paid $900.00.

3. That the case of *United States v. Timothy Kennedy Mims* has been concluded by Judgment entered on the 13th day of October, 2005, concluding the necessity of any bond, and the $1,000.00

paid in this case should be returned to Rosie Mims, daughter of Ruby Mims, Deceased.

IT IS, THEREFORE, ORDERED that the United States District Clerk for the Southern District, Jackson Division shall return the $1,000.00 deposit in this case to Rosie Mims at 1111 P. Bolton Road, Utica, Mississippi 39175.

SO ORDERED, this the 7th day of December, 2005.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE